1006

VICTORIA R. MORITZ, *Individually and as Personal Representative*, ET AL, *Appellants*, v. FLOWING M., INC., ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Yakima County, No. 81-2-01487-8, Walter A. Stauffacher, J., entered March 4, 1983. *Affirmed* by unpublished opinion per Munson, C.J., concurred in by Green and McInturff, JJ.

*In the Matter of the Estate of* HEBERT EUGENE ROGERS.

STEVEN L. MICHELS, *Appellant*, v. ROGER ROGERS, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Yakima County, No. 79-4-00472-0, George H. Revelle, J. Pro Tem., entered February 9, 1983. *Affirmed* by unpublished per curiam opinion.

EDWARD RUNYON, ET AL, *Respondents*, v. DONALD BERGER, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Clark County, No. 79-2-00229-5, Robert L. Harris, J., entered October 23, 1981. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Petrich, C.J., and Worswick, J.